**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT TOWNSEND,

                Petitioner,                Case Number: 04-74846

v.

DOUGLAS VASBINDER,

                Respondent.

_____/

**ORDER DENYING WITHOUT PREJUDICE PETITIONER'S**
**"SECOND MOTION FOR APPOINTMENT OF COUNSEL"**

        Petitioner Robert Townsend has filed a *pro se* petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2254, alleging that he is incarcerated in violation of his

constitutional rights.  Before the court is Petitioner's "Second Motion for Appointment of

Counsel."

        Petitioner previously filed a Motion for Appointment of Counsel, which the court

denied without prejudice.  (*See* 2/8/05 Order.)  For the reasons set forth in that order,

the court DENIES Petitioner's "Second Motion for Appointment of Counsel" [Dkt. # 17].

The court may appoint counsel at a later date if it determines that the interests of justice

require the appointment of counsel.

        SO ORDERED.


                 S/Robert H. Cleland_____
                ROBERT H. CLELAND
                UNITED STATES DISTRICT JUDGE

Dated:  August 24, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 24, 2006, by electronic and/or ordinary mail.

      S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522